**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**DEVERICK SCOTT**
**ADC #131042**                                                                                        **PLAINTIFF**

**V.**                       **No. 2:12CV00190 SWW-BD**

**RAY HOBBS,** *et al.*                                                                                  **DEFENDANTS**

## ORDER

Magistrate Judge Beth Deere has filed a Partial Recommended Disposition ("Recommendation") screening Mr. Scott's complaint. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that it should be, and hereby is, approved and adopted as this Court's findings, in all respects.

Mr. Scott's claims against Defendants Hobbs, May, Naylor, Burl, Lockhart, Jones, Etherly, Burswell, and Grahm are DISMISSED, without prejudice. These Defendants are DISMISSED as party Defendants.

IT IS SO ORDERED, this 13th day of November 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE