IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DEVERICK SCOTT**
**ADC #131042**                                                                                                    **PLAINTIFF**

V.                                    CASE NO. 2:12CV00190 SWW-BD

**RAY HOBBS**, *et al.*                                                                                    **DEFENDANTS**

## ORDER

Mr. Scott has moved for a Court order requiring the Defendants to more fully respond to his requests for production of documents. (Docket entry #23) Defendants have responded to Mr. Scott's motion and have provided copies of their responses to Mr. Scott's discovery requests. (#27) Based on those responses, the Court concludes that Defendants have responded to Mr. Scott's discovery requests in accordance with the Federal Rules of Civil Procedure. Accordingly, the motion to compel (#23) is DENIED.

Mr. Scott has also filed a motion requesting that the Court order Defendants to provide him access to his medical jacket and to return any confiscated legal materials. (#28) After Defendants have had the opportunity to respond, the Court will promptly rule on Mr. Scott's motion.

IT IS SO ORDERED this 18th day of January, 2013.

_____
UNITED STATES MAGISTRATE JUDGE