**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**DEVERICK SCOTT
ADC #131042**                                                                                                       **PLAINTIFF**

**V.**                             **No. 2:12CV00190 SWW-BD**

**RAY HOBBS,** *et al.*                                                                                              **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere, and no objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

The motion for summary judgment is GRANTED. (Docket entry #84) Mr. Scott's claims against Defendant Lane, Lockhart, Jones, and Birdwell are DISMISSED, with prejudice. In addition, the motion to dismiss filed by Defendants Payne and Minor (#87) is DENIED, as moot.

IT IS SO ORDERED, this 31st day of July 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE